# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  EMS FINANCIAL SERVICES, LLC | §  Case No. 812-71324 |
| | § |
| | § |
| _____Debtor(s)_____ | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH KIRSCHENBAUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $218,004.42 _____        Assets Exempt: N/A _____
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,832,444.50 _____        Claims Discharged
                                                                Without Payment: N/A _____

Total Expenses of Administration: $354,827.98 _____

3)  Total gross receipts of $   3,187,272.48   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2** ), yielded net receipts of  $3,187,272.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,744,591.78 | $2,744,591.78 | $2,744,591.78 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 354,827.98 | 354,827.98 | 354,827.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,060,338.09 | 7,556,258.49 | 7,556,258.49 | 87,852.72 |
| **TOTAL DISBURSEMENTS** | $1,060,338.09 | $10,655,678.25 | $10,655,678.25 | $3,187,272.48 |

4) This case was originally filed under Chapter 7 on March 06, 2012. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2018 _____     By: /s/KENNETH KIRSCHENBAUM _____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACNB Bank | 1129-000 | 6,231.13 |
| Settlement of Insurance claim E & O Policy | 1249-000 | 3,000,000.00 |
| Settlement of Insurance Claim - Crime Policy | 1149-000 | 100,000.00 |
| Bank accounts from Escrow Management | 1129-000 | 81,041.35 |
| **TOTAL GROSS RECEIPTS** | | **$3,187,272.48** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | White Lines Com LLC | 4220-000 | N/A | 2,233,384.11 | 2,233,384.11 | 2,233,384.11 |
| 7 | Bruce Pollak | 4220-000 | N/A | 511,207.67 | 511,207.67 | 511,207.67 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,744,591.78** | **$2,744,591.78** | **$2,744,591.78** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Kenneth Kirschenbaum | 2100-000 | N/A | 118,868.17 | 118,868.17 | 118,868.17 |
| Trustee Expenses - Kenneth Kirschenbaum | 2200-000 | N/A | 1,676.27 | 1,676.27 | 1,676.27 |
| Attorney for Trustee Fees (Trustee Firm) - Kirschenbaum & Kirschenbaum, P.C. | 3110-000 | N/A | 220,527.50 | 220,527.50 | 220,527.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Kirschenbaum & Kirschenbaum, P.C. | 3120-000 | N/A | 1,158.18 | 1,158.18 | 1,158.18 |
| Other - Nussbaum Yates Berg Klein & Wolpow, LLP | 3410-000 | N/A | 6,005.00 | 6,005.00 | 6,005.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NYS Filing Fee | 2990-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – NYS Filing Fee | 2990-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – NYS Filing Fee | 2990-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 2,008.19 | 2,008.19 | 2,008.19 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,427.79 | 1,427.79 | 1,427.79 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 169.47 | 169.47 | 169.47 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 245.99 | 245.99 | 245.99 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 271.09 | 271.09 | 271.09 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 253.74 | 253.74 | 253.74 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 270.96 | 270.96 | 270.96 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 236.76 | 236.76 | 236.76 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 261.78 | 261.78 | 261.78 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 236.09 | 236.09 | 236.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $354,827.98 | $354,827.98 | $354,827.98 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | White Lines Com LLC | 7100-000 | N/A | 5,788,700.00 | 5,788,700.00 | 67,302.82 |
| 2 | KOR Softwre LLC | 7100-000 | 71,400.00 | 71,400.00 | 71,400.00 | 830.14 |
| 3 | Voix Global Sdn Bhd | 7100-000 | N/A | 5,852.05 | 5,852.05 | 0.00 |
| 4 | Rudra Global, Inc. | 7100-000 | 43,979.11 | 45,505.76 | 45,505.76 | 529.08 |
| 5 | GeoTel Communication Services, Inc. | 7100-000 | 114,465.96 | 122,704.62 | 122,704.62 | 1,426.64 |
| 6 | Smart Trading International Corp | 7100-000 | 43,728.02 | 43,728.02 | 43,728.02 | 508.41 |
| 7A | Bruce Pollak | 7100-000 | N/A | 1,325,000.00 | 1,325,000.00 | 15,405.23 |
| 8 | Dr. Tony Holloway | 7100-000 | N/A | 153,300.00 | 153,300.00 | 1,782.36 |
| NOTFILED | PUREVOIP, LLC | 7100-000 | 21,346.22 | N/A | N/A | 0.00 |
| NOTFILED | PCMI Voip, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Osta Collection S.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peer 1 Hosting | 7100-000 | 2,337.51 | N/A | N/A | 0.00 |
| NOTFILED | Phonevnn TElecom | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nobel LTD | 7100-000 | 77,234.99 | N/A | N/A | 0.00 |
| NOTFILED | Mundo Communications | 7100-000 | 17,399.32 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MTX Trading, LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nishchay Global, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North Network Communication | 7100-000 | 103.50 | N/A | N/A | 0.00 |
| NOTFILED | Qintang International Trade Company, Ltd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tele-Amistad S.A. | 7100-000 | 34,561.36 | N/A | N/A | 0.00 |
| NOTFILED | Rodzwc Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | White Lines Com, LLC CIO Paris Ackerman & Schmierer, | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | VSCom, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Podoll & Podoll Richard B. Podoll, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vodkalink, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Communications Network, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Teletech | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vio Communications Pte LTD | 7100-000 | 32,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Speak2phones Telecom, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Servicios De Telecomunicaciones Afines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunny Pacific HOldings, LTD | 7100-000 | 16,786.98 | N/A | N/A | 0.00 |
| NOTFILED | Routexe Telecom Holdings Limited | 7100-000 | 20,442.33 | N/A | N/A | 0.00 |
| NOTFILED | Manor IT (UK) Limited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Globe-Connect | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AAI Netphone Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Affinity VOIP Telecom, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Anhui Online Communications | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Anza, LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackbridge PTD | 7100-000 | 32,333.51 | N/A | N/A | 0.00 |
| NOTFILED | IBNtel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hongkong Pingmar Technology Company LTD | 7100-000 | 34,066.50 | N/A | N/A | 0.00 |
| NOTFILED | ICX Europe Limited | 7100-000 | 185,996.35 | N/A | N/A | 0.00 |
| NOTFILED | GlobalCom International, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Latvijias Konsultants SIA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G.A. Telecom, Co. Falak Naz Apartment | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GFR Communications | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Data Fusion, Inc. Tosh | 7100-000 | 172,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bruce Pollak do Law Offices Of Vincent B Mancini & Assoc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emerging Markets Telecom, LLC | 7100-000 | 39,012.27 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Levelnet, Inc. | 7100-000 | 38,603.75 | N/A | N/A | 0.00 |
| NOTFILED | Fly Yemen- Hadramout | 7100-000 | 62,035.41 | N/A | N/A | 0.00 |
| | Clerk, U.S. Bankruptcy Court | 7100-000 | N/A | 68.04 | 68.04 | 68.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,060,338.09 | $7,556,258.49 | $7,556,258.49 | $87,852.72 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 812-71324 | **Trustee:** (520680)  KENNETH KIRSCHENBAUM |
| **Case Name:** EMS FINANCIAL SERVICES, LLC | **Filed (f) or Converted (c):** 03/06/12 (f) |
| | **§341(a) Meeting Date:** 04/04/12 |
| **Period Ending:** 01/31/18 | **Claims Bar Date:** 06/06/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACNB Bank | 5,992.26 | 5,996.26 | | 6,231.13 | FA |
| 2 | Accounts receivable | 150,750.00 | 0.00 | | 0.00 | FA |
| 3 | Settlement of Insurance claim E & O Policy  (u) | 0.00 | 0.00 | | 3,000,000.00 | FA |
| 4 | Settlement of Insurance Claim - Crime Policy | 0.00 | 0.00 | | 100,000.00 | FA |
| 5 | ACNB Secondary account | 572.82 | 572.82 | | 0.00 | FA |
| 6 | Silicon Valley Bank - Escrow Holdings | 65,828.60 | 65,828.60 | | 0.00 | FA |
| 7 | Silicon Valley Bank - Big B Account | 853.00 | 853.00 | | 0.00 | FA |
| 8 | Silicon Valley Bank - Whitelines Account | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Christian Betke | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Ken Carver | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stephen Thomas | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Wise | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bank accounts from Escrow Management | 0.00 | 0.00 | | 81,041.35 | FA |
| 13 | **Assets**  **Totals** (Excluding unknown values) | **$223,996.68** | **$73,250.68** | | **$3,187,272.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

An order was entered by the Court approving settlement in the sum of 3.1 million dollars under an Errors and Omission insurance policy and a crime policy. The Trustee intends to seek an order substantively consolidating this case with the related case of Escrow Management Case # 12-71323. Thereafter, the Trustee will file the Final Report.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | June 30, 2017 | **Current Projected Date Of Final Report (TFR):** | May 30, 2017  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 812-71324
Case Name: EMS FINANCIAL SERVICES, LLC

Taxpayer ID #: **-***2056
Period Ending: 01/31/18

Trustee: KENNETH KIRSCHENBAUM (520680)
Bank Name: The Bank of New York Mellon
Account: ****.******83-66 - Checking Account
Blanket Bond: $44,643,604.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/12 | {1} | ACNB Bank | CLOSE OUT TRANSFER | 1129-000 | 6,231.13 | | 6,231.13 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,206.13 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,181.13 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,156.13 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,131.13 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,106.13 |
| 09/12/12 | 101 | NYS Filing Fee | 2011 Filing Fee EIN # 94-3482056 | 2990-000 | | 25.00 | 6,081.13 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,056.13 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,031.13 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,006.13 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052068088 20121220 | 9999-000 | | 6,006.13 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 6,231.13 | 6,231.13 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,006.13 |
| Subtotal | 6,231.13 | 225.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $6,231.13 | $225.00 |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 812-71324 | | Trustee: | KENNETH KIRSCHENBAUM (520680) |
|---|---|---|---|---|
| Case Name: | EMS FINANCIAL SERVICES, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***2056 | | Blanket Bond: | $44,643,604.00   (per case limit) |
| Period Ending: | 01/31/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,006.13 | | 6,006.13 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,996.13 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,986.13 |
| 02/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 5,976.13 |
| 03/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 5,966.13 |
| 04/30/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 5,956.13 |
| 05/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,946.13 |
| 06/28/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,936.13 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,926.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,916.13 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,906.13 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,896.13 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,886.13 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,876.13 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,866.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,856.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,846.13 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,836.13 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,826.13 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,816.13 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,806.13 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,796.13 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,786.13 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,776.13 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,766.13 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,756.13 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,746.13 |
| 02/03/15 | 10102 | NYS Filing Fee | 2014 Filing Fee 94-3482056 | 2990-000 | | 25.00 | 5,721.13 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,711.13 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,701.13 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,691.13 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,681.13 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,671.13 |

| | | | | Subtotals : | $6,006.13 | $335.00 | |

{} Asset reference(s)

Printed: 01/31/2018 08:09 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 812-71324 |
| Case Name: | EMS FINANCIAL SERVICES, LLC |
| Taxpayer ID #: | **-***2056 |
| Period Ending: | 01/31/18 |

| | |
|---|---|
| Trustee: | KENNETH KIRSCHENBAUM (520680) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7066 - Checking Account |
| Blanket Bond: | $44,643,604.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,661.13 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,651.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,641.13 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,631.13 |
| 02/04/16 | 10103 | NYS Filing Fee | 2015 Filing Fee 94-3482056 | 2990-000 | | 25.00 | 5,606.13 |
| 07/07/16 | {4} | Federal Insurance Company | Settlement of crime insurance policy | 1149-000 | 100,000.00 | | 105,606.13 |
| 07/07/16 | {3} | Federal Insurance Company | Settlement of E & O insurance policy | 1249-000 | 1,100,000.00 | | 1,205,606.13 |
| 07/07/16 | {3} | Federal Insurance Company | Settlement of E & O insurance policy | 1249-000 | 1,900,000.00 | | 3,105,606.13 |
| 07/11/16 | 10104 | Kenneth Kirschenbaum | Pursuant to Court Order dated 6/16/16 | 2100-000 | | 113,250.00 | 2,992,356.13 |
| 07/11/16 | 10105 | Kirschenbaum & Kirschenbaum | Pursuant to Court Order dated 6/16/16 | 3110-000 | | 141,985.00 | 2,850,371.13 |
| 07/11/16 | 10106 | Kirschenbaum & Kirschenbaum | Pursuant to Court Order dated 6/16/16 | 3120-000 | | 173.22 | 2,850,197.91 |
| 07/12/16 | 10107 | Podoll & Podoll, P.C., as attorneys for White Lines Com, LLC | Purusant to court order dated 6/16/16 | 4220-000 | | 2,233,384.11 | 616,813.80 |
| 07/12/16 | 10108 | Beal Law, LLC, as attorneys for Bruce Pollak | Pursuant to court order dated 6/16/16 | 4220-000 | | 511,207.67 | 105,606.13 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,008.19 | 103,597.94 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,427.79 | 102,170.15 |
| 09/21/16 | {13} | Estate of Escrow Management Services, LLC | Pursuant to court order dated 9/19/16 - consolidated cases order | 1129-000 | 81,041.35 | | 183,211.50 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.47 | 183,042.03 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.99 | 182,796.04 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.09 | 182,524.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.74 | 182,271.21 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.96 | 182,000.25 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.76 | 181,763.49 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.78 | 181,501.71 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.09 | 181,265.62 |
| 07/21/17 | 10109 | Kenneth Kirschenbaum | Dividend paid 100.00% on $118,868.17, Trustee Compensation;  Reference: | 2100-000 | | 5,618.17 | 175,647.45 |
| 07/21/17 | 10110 | Kenneth Kirschenbaum | Dividend paid 100.00% on $1,676.27, Trustee Expenses;  Reference: | 2200-000 | | 1,676.27 | 173,971.18 |
| 07/21/17 | 10111 | Kirschenbaum & Kirschenbaum, P.C. | Dividend paid 100.00% on $220,527.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 78,542.50 | 95,428.68 |
| 07/21/17 | 10112 | Kirschenbaum & Kirschenbaum, P.C. | Dividend paid 100.00% on $1,158.18, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 984.96 | 94,443.72 |

| | | | | Subtotals : | $3,181,041.35 | $3,092,268.76 | |

{} Asset reference(s)

Printed: 01/31/2018 08:09 AM    V.13.30

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 812-71324 | |
| Case Name: | EMS FINANCIAL SERVICES, LLC | |
| | | |
| Taxpayer ID #: | **-***2056 | |
| Period Ending: | 01/31/18 | |

| | |
|---|---|
| Trustee: | KENNETH KIRSCHENBAUM (520680) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7066 - Checking Account |
| Blanket Bond: | $44,643,604.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/17 | 10113 | Nussbaum Yates Berg Klein & Wolpow, LLP | Dividend paid 100.00% on $6,005.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,005.00 | 88,438.72 |
| 07/21/17 | 10114 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 88,145.72 |
| 07/21/17 | 10115 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 87,852.72 |
| 07/21/17 | 10116 | White Lines Com LLC | paid  1.16% on $5,788,700.00; Claim# 1A; Filed: $5,788,700.00; Reference: | 7100-000 | | 67,302.82 | 20,549.90 |
| 07/21/17 | 10117 | KOR Softwre LLC | paid  1.16% on $71,400.00; Claim# 2; Filed: $71,400.00; Reference: | 7100-000 | | 830.14 | 19,719.76 |
| 07/21/17 | 10118 | Voix Global Sdn Bhd | paid  1.16% on $5,852.05; Claim# 3; Filed: $5,852.05; Reference:<br>Stopped on 11/01/17 | 7100-000 | | 68.04 | 19,651.72 |
| 07/21/17 | 10119 | Rudra Global, Inc. | paid  1.16% on $45,505.76; Claim# 4; Filed: $45,505.76; Reference: | 7100-000 | | 529.08 | 19,122.64 |
| 07/21/17 | 10120 | GeoTel Communication Services, Inc. | paid  1.16% on $122,704.62; Claim# 5; Filed: $122,704.62; Reference: | 7100-000 | | 1,426.64 | 17,696.00 |
| 07/21/17 | 10121 | Smart Trading International Corp | paid  1.16% on $43,728.02; Claim# 6; Filed: $43,728.02; Reference: | 7100-000 | | 508.41 | 17,187.59 |
| 07/21/17 | 10122 | Bruce Pollak | paid  1.16% on $1,325,000.00; Claim# 7A; Filed: $1,325,000.00; Reference: | 7100-000 | | 15,405.23 | 1,782.36 |
| 07/21/17 | 10123 | Dr. Tony Holloway | paid  1.16% on $153,300.00; Claim# 8; Filed: $153,300.00; Reference: | 7100-000 | | 1,782.36 | 0.00 |
| 11/01/17 | 10118 | Voix Global Sdn Bhd | paid  1.16% on $5,852.05; Claim# 3; Filed: $5,852.05; Reference:<br>Stopped: check issued on 07/21/17 | 7100-000 | | -68.04 | 68.04 |
| 11/01/17 | 10124 | Clerk, U.S. Bankruptcy Court | Unclaimed dividend | 7100-000 | | 68.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,187,047.48 | 3,187,047.48 | **$0.00** |
| Less: Bank Transfers | 6,006.13 | 0.00 | |
| **Subtotal** | **3,181,041.35** | **3,187,047.48** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,181,041.35** | **$3,187,047.48** | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 812-71324 | | Trustee: | KENNETH KIRSCHENBAUM (520680) |
|---|---|---|---|---|
| Case Name: | EMS FINANCIAL SERVICES, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***2056 | | Blanket Bond: | $44,643,604.00   (per case limit) |
| Period Ending: | 01/31/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-*****83-66** | 6,231.13 | 225.00 | 0.00 |
| **Checking # ******7066** | 3,181,041.35 | 3,187,047.48 | 0.00 |
| | $3,187,272.48 | $3,187,272.48 | $0.00 |